# IN THE UNITED STATES FEDERAL MIDDLE DISTRICT COURT OF COLUMBUS, GEORGIA.

Homer Douglas Cobb, IV,
Plaintiff,

v.

CLASS ACTION CASE NO: 4:23-CV-109

The State Court of Georgia,
Hon. Judge Ben Richerson
Defendant,

The United States Federal
Middle District Court Clerk
of Columbus Georgia,
David W. Bunt,
Defendant,

Michael Plekey,
Defendant.

## CLASS ACTION LAW SUIT COMPLAINT

### AND

## DEMAND FOR ERROR FREE TRIAL DE-NOVO

### AND

## PETITION FOR WRIT OF MANDAMUS QUQ WARRANTO UNDER A CONSTITUTIONAL CRISIS, TO ISSUSE A COURT ORDER FOR THE ARREST OF A FEW WELL KNOWN DEEP STATE MEMBER'S LISTED WITHIN THE ABOVE CASE

### AND

## DEMAND TO RESET THE CONSTITUTIONAL RULE OF LAW BY USING TITLE 16 OF THE AMERICAN JURISPRUDENCE 2D. LATE LAW BOOK SECTIONS WITHIN CHAPTER 16.

## **QUESTION'S TO THE COURT**

1. Who Owns the Law?

( a ) Does the Government Own the Law?
   or
( b ) Does the American Citizen's Own the Law?

2. Dose the Plaintiff have a Legal binding Psychological Contract with the government to fix the Party that dose not understand the Federal Constitutional Rule of Law?

3. will this Demand for the Tree of Liberty to be Water down with the Blood of The Deep State Trader's be granted?

4. Will this Court Order Mr. Pelkey pay $85,000.00?

5. What is the **Worse** & most **Hideous** Crime that any American Citizen could ever Commit?

   **Rape and Murder a trillion Children? -**  Or  -  **Violate the United States Fedral Constitution?**

i

# TABLE OF CONTENT

| ITEM | PAGE |
|---|---|
| QUESTION PRESENTED FOR ACTION | i |
| TABLE OF CONTINENTS | ii |
| TABLE OF AUTHORITIES | iii |
| INTRODUCTION | IV |
| AFFIDAVIT | V |
| NOTICE OF CASE ESQUIRE FOR THE RECORD | VI |
| CLASS ACTION LAW SUITE COMPLAINT ARGUMENT AND ISSUES TO THE FACTS | 01 |
| CONCLUSION | 0 |
| CERTIFICATE OF SERVICE | 05 |
| APPENDIX | 06 |

## TABLE OF AUTHORITIES

|   | Page |
|---|---|
| **Chapter 16 American Jur. Late 2d. U.S.C. Sections, 177 & 256.** | **01** |
| **MARBURY v. MADISON: 5 U.S. (1 Cranch) 37 (1803).** | **02** |
| **Owen v. City of Independence, 445 U.S. 622 (1980)** 100 Vol. Supreme Court Reports 1398, (1982). | **02** |
| **Maine v. Thiboutot 448 U.S. 1 (1980)** 100 Vol. Supreme Court Reports 2502,   code 233xz32 | |
| **Reid v. Covert, 354 U.S. 1 (1957).** Congress dose not have the Authority to Regulate Commerce with Foreign Countries that comes in Conflicts with the U.S. Constitution. | **03** |
| **LAW OF THE CASE IS THE LATE 2D. TITLE 16 AMERICAN JURISPRUDENCE LAW.** | 06 |
| **Title 18 U.S. Code Sections 238, Levying War Against The United States Constitutional Republic.** | |

**Notes:**
The 1913 Federal Reserve Act was Illegally passed by this Unconstitutional, Congress, when the Vote took Place on December 24, 1913, there was not a full Quorum.

(a) Congress Did the same Thing when the Members got Locked out on the Vote for the Bill that is now known as laws under Codes of Title 18, there was not a full Legal Quorum at the time of the Vote.

## ARGUMENT AND ISSUES RELATED TO THE FACTS.

1. On September 5, 1989 a Declaration of War against Plaintiff Cobb was given by then President George H. W. Bush, and now President Joe Biden, when this unconstitutional Drug War on Users started after the Just Say No To Drugs government Law for about eight Years, and had a 37% drop in the over all use of Cocaine, but the Deep State was afraid that Congress was going to make all Drugs legal just like in the Country of Portugal that was studying the question and it became Law in 2001.

2. Mr. Cobb has a good legal mind because in Petitioner Cobb early Years He was reading himself for this Mission which started as the Case the United States supreme Court Needed to become the Most Powfule Branch of Government needed to Save Mr. Cobb's Life, Liberty, & Federal Constitutional way of Life, Mr. Cobb dose not Obey any unconstitutional Law. S**ee Marbury v. Madison. 5 U.S. (Crnch) 37, (1803)**

(a) See Appendix (A) - Phenix City Criminal Police Record and look at the Dates and days of the Years Petitioner Cobb received Charges that he was trying to Picking the day and Charge to defend his action in a Court of Law.

3. Mr. Cobb needs Proof from the State of Georgia of his Felon Charges for Possession of Explosives Charge in Garden City Georgia he received on 01/16/1991, and if lost or destroyed, then more proof and grate supreme Constitutional Power to Teach Law to the Government here in this Case as we fix this Unconstitutional Government Congress and The Departments of this Government as we Downsize them.

4. Mr. Cobb had Pleaded Guilty as Fast as he was aloud and Sentenced in February 1991 then key Part he was sent from Jail to Prison, on April 2, 1991, Mr. Cobb's Birthday, the Psychological Contract has been Made by all Parties to answer the Legal question, which party dose not understand the Federal & States Constitutional Rule of Law and that Party has to be Fixed.

(a) Last Year the Law makers of the State of Georgia Passed a Bill to Legally Destroy all Trial and Prison Records after Defendant are Done with there Justice time and fines then there Crimnal Record will be Destroyed, Now after the States Action that Mean that the Records is not on filed with the above Case within this Petition is Proof that in Fact the C**ontract EF275457-1991 is in Fact just that?**

5. Case Numbers: SC-2018-2069 and SC-2018-CR-3898 Traffic Missioners which was a Mr. Cobb set up for Case for Trial to get dismiss and they had Curt Transcript's and a Witness in the Court Reporter, Tia W. Whaley, in Case SC-CR-3898 were Mr. Cobb The President of The United States for America Pardon Donald J. Trump for all of any president and THE HARASSMENT STOPS HERE, the People who is the Help Him are all setting him Up.

(a) Now that all will stop, because all of President Trumps Cases is going to be Consolidated with the above Case just like Mr. Cobbs Motion in Case NO: 4:2019-cv-006 was granted in the DC Court Case of U.S Vs Trump, his Attorneys Played Both side and can not Use any of the Law of this Case.

6. It's been over 32 Years with all of Mr. Cobb's Criminal Charges from the DUI Case in the City of Roanoke Alabama **Case NO: CC-2014-122 to Felony Charges in the 2016 ( No Way Out But Trial De Novo) Russell County Case, Mr. Cobb can't get the State of Georgia to Comply** to the Demand for Trial De Novo, and because it was going to Be an Error Free Trial as this Trial will be are there will be Blood.

7. Petitioner Cobb and Members of his influence Psychological Appointed Cabinet is trying to stop the Hostile take over by Deep State and by Consolidation of the Legal American Federal Constitution within the above Case to make it impossible for any New World Order Constitution to ever trump the the United States Federal Constitution and its Constitutional Rule of this Republic Law.

(a) Suspicious deaths of Russian Business people or high officials started in late 2022 & 2023, and just a few Weeks ago an Arrest Warrant has been issued by the Russian Government for the Arrest of Deep State Congressman Lindsey Graham **(wroth $57 Million Dollars).**

(b) Death Warrants issued for others Billionaires and People that are untouchable though Charge & Arrest and are above the Law, that are trying to Destroy the Constitutions of Russia and the Untied States and Replace them with the New One World Order Constitutional Rule of Law.

(c) President Putin is not the Enemy and Trump has been Order not to Communicate with the Plaintiff Supreme Constitutional Law enforcement Department of his new Special U.S. KGB Unit, and as This Court has seen that the Other Evil Side has some Law Enforcement working to help them get out of Jail and Charges after they has finish there action over 4 times in the last Year.

8. Mr. Cobb is giving Legal Notice of Claim to this Supreme Constitutional World Jurisdiction Case that can not be Proven not to be and this Court can issue any Court Order that it is Needed to for Action that has to be taken by the People Chosen by God Lord Jesus Christ and Jesus Told the World that THIS DAY WOULD COME IN THE KING JAMES BIBLE BY THE ONE PERSON HE LOVED AND WAS FIRST HAND WITNESS AND WAS FIRST PICKED ON HIS CABINET and Now he is Here 99.9% Sure and we Will not take anything Lower that a !0% for sure as this Question & Answer will be Different from the States when the People are Told about this Case one day long after the End of this Case. CIA Hackers with TYPO Errors.

(a) Now **see Revelation 2:17 & St. John Chapter 14:30** and Here I is and there are Three Person that have been for Seven Years Now that is above Human Law and under Gods, Blood Sacrifice Religious derived from ancient Hebrew Rituals, Now the Traders Blood is Needed to Water Down the Tree of Liberty or My Death for Filing this Case and Crimes has to be taken on late Night TV for All to See.

(b) This unconstitutional Congress dose not have the power to be part of the U.N. and enter into Trades with China because they Legally Declared War on the United States on N**ovember 24, 1950 and the Grate Bug out began. See the 1917 Act. & See Reid v. Covert, 354 US (1957)**

9. This Court is under the Law of this Case & Honor of the Above Silty Case, there is on one above the the Law. **See Owen v. The City of Independence 445 U.S. 622 (1980).**

10. The above Case is Part (Two) of Class Action Case NO: 4:2019-cv-0066. Filed with this Court April 22, 2019 and the Law Clerk in the above Case, David W. Bunt tool 4 pages out of the Complaint, Destroyed the Notice of Case Esquire and to cover him from this Crime He Destroyed The Original Copy on File as the Record of the Case waa gone in Less than 90 Days after it was Filed.

(a) Clerk David here at this U.S. Middle District Court has been Named on the above Case and to make it easy for him to Comply, do not Destroy any part of the Records on Filed and Keep the Original Complaint on File with this Court for No less that 7 years from the day the above case was filed.

(b) Ever thing filed with the Court has to be Worte and Signed by the Trial Court Judge and science this Case is Going to Be a Error Free Trial were Mr. Cobb will not Appeal Final Judgment, because He has to Received Death for his Crimes and the Power he has will Make him Power Drunk and Yes! I have been given the Law of my God Lord Jesus Christ, who had is Rain with the Sun out yesterday as Proof for whats it worth that The Deep State Evil Folks are going to get Justice here in the above Case, or The rest of the 6 Seals will Be Broken.

(c) Mr. Cobb Did not Want to File this Case with the Court, but after the Rain Storm yesterday and the Fact that President Trump is Coming to Columbus Georgia less than 6 miles from the United States For America and the News Reports about President Trump did not Know He was going to be Charged with the John Smith Hit Job Crime to Keep President Trump from having these People Arrested then thats going to be a Counter Action to this Case, Take Notice of this Issue and see them try to use it

11. Mr. Pelkey was reported to Law Enforcement an investigation and Ms. Hand-Cobb & Mr, Cobb was informed that Lee County Sheriff's Office will not take action Criminal action in the Mater because they Rule it as a Civil Case and Here we are in the above Class Action Case for $85,500.00 dollars Cash Taken just in the last Year and now is to be a Jury question, plus how Much is the Couple Dew them for Him/Mr. Pelkey being 90% of the main reason for all <u>seven</u> Marriage brake down over the last (26) Years that would not have happen if Mr. Pelkey would have not tried playing Head Games with Mr. Cobb's Beloved Wife, that Cost them Court fees and her Attorney fees, started within the first Two year that is now been were Mr. Cobb Filed two time and Ms. Hand-Cobb Filed Five Time for Divorce Brake up the Couple from Months just after Mr. Cobb had found God Lord Jesus Christ Person Hand Picked.

## CONCLUSION

After President Trump and his Military Trusted Troops see that this Case has Been Filed then the Arrest and Constitutional Reset will Start and should be done in three weeks are less, if not then the government issuse in the above Case will be done as a above Case issue.for the Re

Plaintiff Cobb is Sure that ththis Court will Find that there Was Crimes Cometted by Mr Pelkey and this Court will Order him to Pend Two Hours with Ms. Noreen Hand – Cobb every Month for the rest of her Life and She will be 72 Years Old August.

Respectfully Submitted, on This __9TH__ day of __JUNE__ 2023.

Homer D. Cobb, IV (Esquire)
370 Lee Rd. 220
Phenix City, Ala.
United States for America 36870

## CERTIFICATE OF SERVICE

I, Homer Cobb herein do Swear that a True Copy of the Forgoing Case has been sent to the **following listed,**

Homer Douglas Cobb, IV
370 Lee Rd. 220
Phenix City, Al. 36870
(706) 617-5664

Page 04

## PROOF OF SERVICE

I, **Homer D. Cobb, IV**, here do swear that a True Copy of this Class Action Complaint has been sent to the following Persons at there Addresses Listed below:

The Hon: Benjamin S. Richardson, at Muskogee County Superior Court 100 10th Street Columbus Ga. 31901, (706) 225-3480, and sent a Copy to, Michael J. Pelkey at his Address, 5118 Best Drive Phenix City, Alabama 36867, (706) 587-5445, sent a copy to The United States Attorney of the Middle District Court of Columbus Georgia at Post Office Box 124, Ga, 31901, a Copy to Sepcal Agent Christopher Black at his Address, 1240 1st. Ave. Trust Bank 3rd. Floor Columbus Ga. 31901, (706) 649-7816, sent a Copy to The United States Supreme Court Chief Justice John Roberts, at 1 First Street, N.E. Washington, DC 20543, and sent a copy to, the Garrison Commander Military Police Investigation, Building 214 Fort Benning Ga, 31904, and a Copy to Z-Commander Military Police Investigations Building 214 Fort BraggS U.S. Army Garrison, North Car. 28308, by Placed the same into the United States Mail Postage Pr-Paid on this ⓐ⁹ᵗʰ Day of June, 2023.

*Homer Douglas* (signature)

**Homer Douglas Cobb, IV, ( Esquire )**