AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia

Homer D. Cobb, IV
370 Lee Rd. 220
Phenix City, Al. 36870
(706) 617-5664

*Plaintiff(s)*

v.

Civil Action No. 4:23-CV-109-CDL

MICHAEL J. PELKEY

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Michael J. Pelkey
5118 Best Dr.
Phenix City, Al. 36867
(706) 587-5445
Defendant/Respondent.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 7/5/2023

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia

| | |
|---|---|
| Homer D. Cobb, IV<br>370 Lee Rd. 220<br>Phenix City, Al. 36870<br>(706) 617-5664<br><br>*Plaintiff(s)*<br><br>v.<br><br>Judge Benjamin S. Richardson<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 4:23-CV-109-CDL<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Hon: Judge Benjamin S. Richardson
Consolidated Government Center
Tower 9th Floor 100 10th Street
Columbus Ga. 31901
Defedant/Respondent.
(706) 653-4224

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 7/5/2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*